UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| STEVEN BONILLA, | No. C 12-00627 LB |
| Plaintiff, | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
| v. | |
| FLOY DAWSON, | [Re: ECF No. 14] |
| Defendant. | |

On April 23, 2012, Defendant filed a motion to relate the instant action to some or all of several previous actions filed in this District. Motion to Relate, ECF No. 14. Defendant suggests that the instant case is related to the following:

1. Stephen W. Bonilla v. William E. Smith, et al., Case No. C 11-6401 CW;
2. Stephen W. Bonilla v. Gerald B. Diedrich, Case No. C 11-6402 CW;
3. Stephen W. Bonilla v. Gerlad B. Diedrich, Case No. C 11-2612 CW (PR);
4. Stephen W. Bonilla v. Robert D. Ward, Case No. C 11-2613 CW (PR);
5. Stephen W. Bonilla v. Robert Hanger, Case No. C 11-2614 CW (PR);
6. Stephen W. Bonilla v. Dennis Mackey, Case No. C 11-2615 CW (PR);
7. Stephen W. Bonilla v. Susan Hannah Harris, Case No. C 11-2617 CW (PR);
8. Stephen W. Bonilla v. James Lopey, et al., Case No. C 11-2637 CW (PR);
9. Stephen W. Bonilla v. David A. Nickerson, Case No. C 11-2650 CW (PR);
10. Stephen W. Bonilla v. State of California, et al., Case No. C 11-2654 CW (PR);

1   11.   Stephen W. Bonilla v. Donald V Baptist, Case No. C 11-2655 CW (PR);

2   12.   Stephen W. Bonilla v. Ann Rule, Case No. C 11-2656 CW (PR);

3   13.   Stephen W. Bonilla v. Molly Clemente, Case No. C 11-2657 CW (PR);

4   14.   Stephen W. Bonilla v. Bradley George Keyes, Case No. C 11-2681 CW (PR); and

5   15.   Stephen W. Bonilla v. Flay E. Dawson, Case No. C 11-2707 CW (PR).

Motion to Relate, ECF No. 37. Judge Claudia Wilken presided over all of these previous actions.

Under Civil Local Rule 3-12(b), Defendant should have filed his motion in the earlier-filed action. He did not. Thus, pursuant to Civil Local Rule 3-12(c), the instant action is HEREBY REFERRED to Judge Wilken for consideration of whether the above-referenced actions are related.

**IT IS SO ORDERED.**

Dated: April 24, 2012

_____
LAUREL BEELER
United States Magistrate Judge